# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2015

150672

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

SAMIR HADOUS,
　　　　Defendant-Appellant.

SC: 150672
COA: 314060
Wayne CC: 04-000496-FC

_____/

On order of the Court, the application for leave to appeal the October 28, 2014 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Temelkoski* (Docket No. 150643) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2015



a1008

Clerk